STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7600  AND FILED ON  8/27/2007

| | |
|---|---|
| JASON GONZALEZ, A MINOR, BY HIS MOTHER AND BEST FRIEND MELBA USQUIANO<br><br>Vs.<br><br>PHILIP AMICONE, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __9/6/2007__ at __11:00AM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILIP AMICONE, MAYOR                                          (herein called recipient)
At Location: CITY OF YONKERS                                                  therein named.
              CITY HALL, 40 SOUTH BROADWAY
              YONKERS NY

By delivering to and leaving with __EDMUND FITZGERALD__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On __9/7/07__, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 40/50 | Height | 6'4" | Weight | 190 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __9/7/2007__

_____                           _____
GAIL WILLIAMS                                        John Axelrod
Notary Public,
Qualified in                                         Server's License#:
Commission E...  2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.7600  AND FILED ON  8/27/2007

JASON GONZALEZ, A MINOR, BY HIS MOTHER AND BEST FRIEND MELBA USQUIANO  Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL  Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                   ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/6/2007 at 11:30AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT, POLICE COMMISSIONER  (herein called recipient) therein named.
At Location: 100 SOUTH BROADWAY
             YONKERS NY

By delivering to and leaving with SGT. GELESKI a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/7/07, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
|---|---|---|---|---|---|
| Age | 40/45 | Height | 5'9" | Weight | 170 |
| Other Features | | | | | MOUSTACHE |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 9/7/2007

_____   John Axelrod
GAIL WILLIAMS               Server's License#:
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.7600   AND FILED ON   8/27/2007

JASON GONZALEZ, A MINOR, BY HIS MOTHER AND BEST FRIEND MELBA USQUIANO   Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __9/6/2007__ at __11:00AM__, deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    JOHN A. LISZEWSKI, PUBLIC WORKS COMMISSIONER   (herein called recipient) therein named.
At Location:     40 SOUTH BROADWAY

                 YONKERS NY

By delivering to and leaving with __EDMUND FITZGERALD__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On __9/7/07__, deponent completed service by depositing a copy of the

SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
| Age | 40/50 | Height | 6'4" | Weight | 190 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __9/7/2007__

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4[illegible]
Qualified in [illegible] County
Commission [illegible] 2010

John Axelrod (signature)

Server's License#:

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.7600   AND FILED ON   8/27/2007

JASON GONZALEZ, A MINOR, BY HIS MOTHER AND BEST FRIEND MELBA USQUIANO — Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/6/2007 at 11:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES (herein called recipient) therein named.
Party Served: CITY OF YONKERS, NEW YORK
At Location: CITY HALL  
40 SOUTH BROADWAY  
YONKERS NY

By delivering to and leaving with EDMUND FITZGERALD and that deponent knew the person so served to be the LAW CASE INVESTIGATOR of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M  Color of Skin: WH  Color of Hair: BROWN  
Age: 40/50  Height: 6'4"  
Weight: 190  Other Features:

Sworn to before me on 9/7/2007  
_Gail Williams_  

John Axelrod  
Server's License#:

GAIL WILLIAMS  
Notary Public, State of New York  
No. 4685002  
Qualified in Westchester County  
Commission Expires September 30, 2010

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7600   AND FILED ON   8/27/2007

JASON GONZALEZ, A MINOR, BY HIS MOTHER AND BEST FRIEND MELBA USQUIANO   Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/11/2007 at 11:35AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: POLICE OFFICER SHIELD#336   (herein called recipient) therein named.
At Location: C/O CORPORATION COUNSEL
40 S. BROADWAY
YONKERS NY

By delivering to and leaving with PAUL HART, ATTORNEY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/12/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BLACK |
| Age | 45/55 | Height | 5'10" | Weight | 250 |
| Other Features | | | | | |

Sworn to before me on the 9/12/2007

GAIL WILLIAMS
Notary Public, State of New York
No. _____
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.7600    AND FILED ON    8/27/2007

JASON GONZALEZ, A MINOR, BY HIS MOTHER AND BEST FRIEND MELBA USQUIANO    Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    ) SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/11/2007 at 11:30AM, deponent did serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES    (herein called recipient)
Party Served:     POLICE OFFICER SHIELD # 124    therein named.
At Location:      C/O CORPORATION COUNSEL
                  40 S. BROADWAY
                  YONKERS NY

By delivering to and leaving with PAUL HART, ATTORNEY a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/12/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BLACK |
| Age | 45/55 | Height | 5'10" | Weight | 250 |
| Other Features | | | | | |

Sworn to before me on the 9/12/2007

GAIL WILLIAMS
Notary Public, State of New York
No. 4837852
Qualified in Westchester County
Commission Expires November 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT AND FILED ON 8/27/2007

DOCUMENTS SERVED WITH INDEX#: 07CIV.7600

JASON GONZALEZ, A MINOR, BY HIS MOTHER AND BEST FRIEND MELBA USQUIANO    Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/6/2007 at 11:40AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES (herein called
Party Served: POLICE OFFICER SHIELD #942 (MORIARTY)    therein named.
recipient)
At Location: 100 SOUTH BROADWAY, 2ND FLOOR

YONKERS NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin WH    Color of Hair GRAY
Age 45/55    Height 6'    Weight 200
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on 9/7/2007

_____ (signature)

John Axelrod
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. _____
Qualified in Westchester County
Commission Expires September __, 2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.7600   AND FILED ON   8/27/2007

JASON GONZALEZ, A MINOR, BY HIS MOTHER AND BEST FRIEND MELBA USQUIANO — Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/6/2007 at 11:30AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES (herein called recipient)
Party Served: POLICE OFFICERS JOHN DOE'S #1 TO #20   therein named.
At Location: 100 SOUTH BROADWAY

YONKERS NY

By delivering to and leaving with SGT. GELESKI a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 9/7/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
| Age | 40/45 | Height | 5'9" | Weight | 170 |
| Other Features | | | | | MOUSTACHE |

Sworn to before me on the 9/7/2007

GAIL WILLIAMS
Notary Public, State of New York
No. 4685052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#: