STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7600        AND FILED ON        8/27/2007

---

JASON GONZALEZ, A MINOR, BY HIS MOTHER AND BEST FRIEND MELBA USQUIANO

Vs.

PHILIP AMICONE, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                                      )        **SS**

COUNTY OF WESTCHESTER                                        )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On _____ 9/6/2007 _____ at _____ 11:00AM _____ , deponent did

serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served:       PHILIP AMICONE, MAYOR                                            (herein called recipient)
                                                                                                              therein   named.

At Location:        CITY OF YONKERS
                            CITY HALL, 40 SOUTH BROADWAY
                            YONKERS NY

By delivering to and leaving with ____ EDMUND FITZGERALD _____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [  ]  dwelling house(usual place of abode) within the state.

On _____ 9/7/07 _____ , deponent completed service by depositing a copy of the

SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 40/50 | Height | 6'4" | Weight | 190 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ____ 9/7/2007 ____

_Devip/Williams_

GAIL WILLIAMS
Notary Public, State ...
...
Qualified in ...
Commission E... ... 2010

John Axelrod

Server's License#:

STATE OF NEW YORK                UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.7600         AND FILED ON          8/27/2007

JASON GONZALEZ, A MINOR, BY HIS MOTHER AND BEST FRIEND MELBA USQUIANO     Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL                                                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                          )
                                                            )    SS
COUNTY OF WESTCHESTER                                       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On____9/6/2007____ at _____11:30AM____, deponent did

serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      EDMUND HARTNETT, POLICE COMMISSIONER                    (herein called recipient)
                                                                             therein   named.
At Location:       100 SOUTH BROADWAY

                   YONKERS NY

By delivering to and leaving with  SGT. GELESKI _____ a person of suitable age and discretion.
Said premises is recipient's  [✓] actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____9/7/07____, deponent completed service by depositing a copy of the
  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
| Age | 40/45 | Height | 5'9" | Weight | 170 |
| Other Features | | | | MOUSTACHE | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ____9/7/2007____

Gaig Williams

John Axelrod

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Server's License#:

STATE OF  NEW YORK                          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7600        AND FILED ON        8/27/2007

JASON GONZALEZ, A MINOR, BY HIS MOTHER AND BEST FRIEND MELBA USQUIANO        Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL        Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                          )
                                             )   SS
COUNTY OF WESTCHESTER                        )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On_____9/6/2007_____  at  _____11:00AM_____ , deponent did
serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:     JOHN A. LISZEWSKI, PUBLIC WORKS COMMISSIONER                (herein called recipient)
                                                                                 therein   named.
At Location:      40 SOUTH BROADWAY

                 YONKERS NY

By delivering to and leaving with   EDMUND FITZGERALD _____ a person of suitable age and discretion.
Said premises is recipient's  ☑   actual place of business   ☐   dwelling house(usual place of abode) within the state.

On_____9/7/07_____ , deponent completed service by depositing a copy of the

     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
| Age | 40/50 | Height | 6'4" | Weight | 190 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the    9/7/2007

_Gaji Williams_                                    _[signature]_
                                                   John Axelrod
GAIL WILLIAMS
Notary Public, State of New York                   Server's License#:
No. 465 5052
Qualified in
Commission

28/0

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7600          AND FILED ON          8/27/2007

JASON GONZALEZ, A MINOR, BY HIS MOTHER AND BEST FRIEND MELBA USQUIANO         Plaintiff(s)/Petitioner(s)

                                                    Vs.

PHILIP AMICONE, ET AL                                                        Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                              )
                                                                )   SS
COUNTY OF WESTCHESTER                                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On____9/6/2007____ at _____11:00AM_____, deponent did serve the within process as follows:

Process Served:   | SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES |        (herein called recipient)
                                                                                therein  named.
Party Served:     | CITY OF YONKERS, NEW YORK |

At Location:      | CITY HALL |
                  | 40 SOUTH BROADWAY |
                  | YONKERS NY |

By delivering to and leaving with  EDMUND FITZGERALD _____ and that deponent knew the person

so served to be the    LAW CASE INVESTIGATOR

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
| Age | 40/50 | | Height | 6'4" | |
| Weight | 190 | | Other Features | | |

Sworn to before me on ____9/7/2007____

_Gail Williams_ (signature)                         _John Axelrod_ (signature)

                                                    John Axelrod

                                                    Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4085032
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  07CIV.7600          AND FILED ON          8/27/2007

---

JASON GONZALEZ, A MINOR, BY HIS MOTHER AND BEST FRIEND MELBA USQUIANO          Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL          Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                        )
                                                          )   SS
COUNTY OF WESTCHESTER                                      )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and
resides in the State of New York . On_____ 9/11/2007 _____ at _____ 11:35AM _____, deponent did
serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       POLICE OFFICER SHIELD#336                              (herein called recipient)
                                                                          therein  named.
At Location:        C/O CORPORATION COUNSEL
                    40 S. BROADWAY
                    YONKERS NY

By delivering to and leaving with ____ PAUL HART, ATTORNEY _____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____ 9/12/07 ____, deponent completed service by depositing a copy of the
      SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BLACK |
|-----|---|---------------|-------|---------------|-------|
| Age | 45/55 | Height | 5'10" | Weight | 250 |
| Other Features | | | | | |

Sworn to before me on the _____ 9/12/2007

GAIL WILLIAMS
Notary Public, State of New York
No. _____
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#:

STATE OF   NEW YORK                         UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7600          AND FILED ON          8/27/2007

---

JASON GONZALEZ, A MINOR, BY HIS MOTHER AND BEST FRIEND MELBA USQUIANO          Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL                                                         Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                              )
                                                 )  SS
COUNTY OF WESTCHESTER                            )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On____9/11/2007____ at _____11:30AM____, deponent did serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       POLICE OFFICER SHIELD # 124                         (herein called recipient)
                                                                        therein   named.
At Location:        C/O CORPORATION COUNSEL
                    40 S. BROADWAY
                    YONKERS NY

By delivering to and leaving with   PAUL HART, ATTORNEY _____ a person of suitable age and discretion. Said premises is recipient's  ☑  actual place of business   ☐  dwelling house(usual place of abode) within the state.

On_____9/12/07____, deponent completed service by depositing a copy of the
        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BLACK |
| Age | 45/55 | Height | 5'10" | Weight | 250 |
| Other Features | | | | | |

Sworn to before me on the ____9/12/2007____

John Axelrod

GAIL WILLIAMS
Notary Public, State of New York
No. 4C3-852
Qualified in Westchester County
Commission Expires September 30, 2010

Server's License#:

STATE OF  NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7600    AND FILED ON    8/27/2007

JASON GONZALEZ, A MINOR, BY HIS MOTHER AND BEST FRIEND MELBA USQUIANO    Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL    Defendant(s)/Respondent(s)

STATE OF:  NEW YORK    )

)    **SS**

COUNTY OF WESTCHESTER    )

The undersigned deponent,  being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____ 9/6/2007____ at _____11:40AM_____ , deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES    (herein called
Party Served:
recipient)    POLICE OFFICER SHIELD #942 (MORIARTY)    therein  named.

At Location:    100 SOUTH BROADWAY, 2ND FLOOR

YONKERS NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    _M_    Color of Skin    _WH_    Color of Hair    _GRAY_

Age    _45/55_    Height    _6'_    Weight    _200_

Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   HE was not.

Sworn to before me on _____ 9/7/2007_____

GAIL WILLIAMS
Notary Public, State of New York
No. _____
Qualified in Westchester County
Commission Expires September 29, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7600              AND FILED ON          8/27/2007

---

JASON GONZALEZ, A MINOR, BY HIS MOTHER AND BEST FRIEND MELBA USQUIANO          Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL                                                          Defendant(s)/Respondent(s)

---

STATE OF: NEW YORK                                              )  SS

COUNTY OF WESTCHESTER                                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On____9/6/2007____ at _____11:30AM____, deponent did
serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES                    (herein called recipient)
Party Served:     POLICE OFFICERS JOHN DOE'S #1 TO #20                                  therein named.

At Location:      100 SOUTH BROADWAY

                  YONKERS NY

By delivering to and leaving with ____SGT. GELESKI_____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [  ] dwelling house(usual place of abode) within the state.

On_____9/7/07_____, deponent completed service by depositing a copy of the
        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
| Age | 40/45 | Height | 5'9" | Weight | 170 |
| Other Features | | | | MOUSTACHE | |

Sworn to before me on the ____9/7/2007____

_signature_                                        _signature_
                                                   John Axelrod

GAIL WILLIAMS
Notary Public, State of New York                   Server's License#:
No. 4688052
Qualified in Westchester County
Commission Expires September 30, 2010