UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GONZALEZ, a minor, by his mother and best friend, Melba Usquiano,<br><br>                              Plaintiff,<br><br>        -against-<br><br>PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, New York, POLICE OFFICER SHIELD #336, POLICE OFFICER SHIELD #124, POLICE OFFICER SHIELD #942, individually, POLICE OFFICERS JOHN DOE'S #1 - #20,<br><br>                              Defendants. | ECF Case<br><br>07 Civ. 7600 |

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Kevin J. Plunkett

X    *Attorney*

    X    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: <u>KP 3049</u>.

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

X    *Law Firm/Government Agency Association*

    From: <u>Thacher Proffitt & Wood LLP</u>.

    To:    <u>DelBello Donnellan Weingarten Wise & Wiederkehr, LLP</u>.

    X    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

X   *Address:* One North Lexington Avenue, White Plains, New York 10601

X   *Telephone Number:* (914) 681-0200

X   *Fax Number:* (914) 684-0288

X   *E-Mail Address:* kjp@ddw-law.com

Dated: March 5, 2008                    _____