AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JASON GONZALEZ, a minor, by his mother and best friend MELBA USQUIANO,
    v.
PHILIP AMICONE, individually, EDMUND HARNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, NEW YORK, POLICE OFFICER SHIELD #336, POLICE OFFICER #124, POLICE OFFICER SHIELD #942, individually, and POLICE OFFICERS JOHN DOE'S #1 to #20.

**APPEARANCE**

Case Number: 07Cv. 7600(CLB)(GAY)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

> Defendants, PHILIP AMICONE, individually, EDMUND HARNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, NEW YORK, POLICE OFFICER SHIELD #336, POLICE OFFICER #124, POLICE OFFICER SHIELD #942, individually, and POLICE OFFICERS JOHN DOE'S #1 to #20.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 6, 2008 | /s/ Matthew S. Clifford |
| Date | Signature |
| | Matthew S. Clifford    MC1134 |
| | Print Name    Bar Number |
| | DelBello Donnellan -- One North Lexington Ave. |
| | Address |
| | White Plains, NY 10601 |
| | City    State    Zip Code |
| | (914) 681-0200    (914) 684-0288 |
| | Phone Number    Fax Number |