UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON GONZALEZ, a minor, by his mother and best
friend, Melba Usquiano,

                              Plaintiff,

                -against-

PHILIP   AMICONE,   individually,   EDMUND
HARTNETT, individually, JOHN A. LISZEWSKI,
individually, CITY OF YONKERS, New York,
POLICE OFFICER SHIELD #336, POLICE OFFICER
SHIELD #124, POLICE OFFICER SHIELD #942,
individually, POLICE OFFICERS JOHN DOE'S #1 -
#20,

                              Defendants.

---

ECF Case

07 Civ. 7600 (CLB)

**AMENDED
NOTICE OF MOTION**

---

Defendants by their attorneys, DelBello Donnellan Weingarten Wise & Wiederkehr,

LLP, will move this Court, pursuant to local Civil Rule 1.4, before the Honorable Charles L.

Brieant, United States District Court for the Southern District of New York, 300 Quarropas

Street, White Plains, New York on a date to be determined by the Court, for an Order

substituting DelBello Donnellan Weingarten Wise & Wiederkehr, LLP as counsel for

Defendants in the above-captioned action replacing the law firm of Thacher Proffitt & Wood

LLP.

Dated: White Plains, New York
       March 21, 2008

                                        DELBELLO  DONNELLAN  WEINGARTEN
                                        WISE & WIEDERKEHR, LLP


                                        By: _____
                                            Kevin J. Plunkett
                                            One North Lexington Avenue
                                            White Plains, New York 10601
                                            (914) 681-0200

TO:

*Attorneys for Plaintiff*

LOVETT & GOULD, LLP
Jonathan Lovett, Esq.
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GONZALEZ, a minor, by his mother and best friend, Melba Usquiano,<br><br>      Plaintiff,<br><br>  -against-<br><br>PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, New York, POLICE OFFICER SHIELD #336, POLICE OFFICER SHIELD #124, POLICE OFFICER SHIELD #942, individually, POLICE OFFICERS JOHN DOE'S #1 - #20,<br><br>      Defendants. | ECF Case<br><br>07 Civ. 7600 (CLB)<br><br>**AMENDED AFFIDAVIT OF**<br>**KEVIN J. PLUNKETT** |

STATE OF NEW YORK   )
         ) ss.:
COUNTY OF WESTCHESTER )

   Kevin J. Plunkett, being duly sworn, deposes and says:

   1.  I am a partner in the firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, White Plains, New York 10601. I am admitted to practice before this Court. Pursuant to Local Civil Rule 1.4, I submit this affidavit in support of an application for an order substituting DelBello Donnellan Weingarten Wise & Wiederkehr, LLP as counsel for Defendants in the above-captioned action for Thacher Proffitt & Wood LLP, 50 Main Street, White Plains, New York 10606.

   2.  I recently moved my practice from Thacher Proffitt & Wood LLP to DelBello Donnellan Weingarten Wise & Wiederkehr, LLP.

   3.  This substitution is sought at the request of Defendants who have informed me that they wish for me to continue working on this matter at my new firm.

Kevin J. Plunkett

Sworn to before me this
21 day of March, 2008

Notary Public

KRISTEN A. KELLEY
Notary Public, State of New York
No. 02KE6115705
Qualified in Westchester County
Commission Expires September 13, 2008