UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GONZALEZ, a minor, by his mother and best friend, Melba Usquiano,<br><br>      Plaintiff,<br><br>  -against-<br><br>PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, New York, POLICE OFFICER SHIELD #336, POLICE OFFICER SHIELD #124, POLICE OFFICER SHIELD #942, individually, POLICE OFFICERS JOHN DOE'S #1 - #20,<br><br>      Defendants. | ECF Case<br><br>07 Civ. 7600 (CLB)<br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** that DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, White Plains, New York 10601 hereby appears as counsel for Defendants in the above-captioned action, in substitution, place and stead of Thacher Proffitt & Wood LLP, 50 Main Street, White Plains, New York 10606.

Dated: White Plains, New York
   March 21, 2008

THACHER PROFFITT & WOOD LLP

By: _____
Jonathan D. Forstot
50 Main Street
White Plains, New York 10606
(914) 421-4100

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP

By: _____
Kevin J. Plunkett
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200

So Ordered this 25 day of March, 2008

*/s/ Charles L. Brieant*
Hon. Charles L. Brieant
United States District Judge

TO:

*Attorneys for Plaintiff*

LOVETT & GOULD, LLP
Jonathan Lovett, Esq.
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401