AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JASON GONZALEZ, a minor, by his mother and best friend MELBA USQUIANO,
v.
PHILIP AMICONE, individually, EDMUND HARNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, NEW YORK, POLICE OFFICER SHIELD #336, POLICE OFFICER #124, POLICE OFFICER SHIELD #942, individually, and POLICE OFFICERS JOHN DOE'S #1 to #20.

**APPEARANCE**

Case Number: 07Cv. 7600(CLB)(GAY)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, PHILIP AMICONE, individually, EDMUND HARNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, NEW YORK, POLICE OFFICER SHIELD #336, POLICE OFFICER #124, POLICE OFFICER SHIELD #942, individually, and POLICE OFFICERS JOHN DOE'S #1 to #20.

I certify that I am admitted to practice in this court.

| April 3, 2008 | [Signature] |
|---|---|
| Date | Signature |
| | Brian T. Belowich — BB6910 |
| | Print Name — Bar Number |
| | DelBello Donnellan -- One North Lexington Ave. |
| | Address |
| | White Plains, NY 10601 |
| | City — State — Zip Code |
| | (914) 681-0200 — (914) 684-0288 |
| | Phone Number — Fax Number |